UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MARK SELLEY,                    Case No. 2:17-cv-12834-TLL-PTM

       Plaintiff,                Honorable Thomas L. Ludington
v                                Mag. Judge Patricia T. Morris

MIDLAND COUNTY, LORREN HURREN,
AND OTHER UNKNOWN DEFENDANTS,
in their individual and official capacities,

       Defendants.
_____/

| | |
|---|---|
| Christopher J. Trainor (P42449)<br>Amy DeRouin (P70514)<br>Attorneys for Plaintiff<br>Christopher Trainor & Associates<br>9750 Highland Road<br>White Lake, MI 48386<br>(248) 886-8650<br>Amy.derouin@cjtrainor.com | Andrew J. Brege (P71474)<br>Johnson, Rosati, Schultz & Joppich, P.C.<br>Attorney for Defendants Midland Co., Lorren Hurren, Amy Randall, Midland Co. Board of Commissioners, Scott Noesen, Mark Bone, James Geisler & James Leigeb<br>822 Centennial Way, Ste. 270<br>Lansing, MI 48917<br>(517) 886-3800<br>abrege@jrsjlaw.com<br><br>JAMES T. MELLON (P23876)<br>Mellon Pries, P.C.<br>Attorney for Subpoenaed Deponent MMRMA<br>2150 Butterfield Dr., Ste. 100<br>Troy, MI 48084-3427<br>248-649-1330 (fax 248-649-1622)<br>jmellon@mellonpries.com |

_____/

## **NON-PARTY APPEARANCE**

Please enter the appearances of JAMES T. MELLON (P23876), of

Mellon Pries, P.C., as Counsel for Non-Party/Records Deponent, MICHIGAN MUNICIPAL RISK MANAGEMENT AUTHORITY, in the above captioned matter.

>MELLON PRIES, P.C.
>
>BY: /s/James T. Mellon (P23876)
>JAMES T. MELLON (P23876)
>Attorney for MMRMA
>2150 Butterfield Dr., Ste. 100
>Troy, MI  48084-3427
>(248) 649-1330
>jmellon@mellonpries.com

DATED:  August 1, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2018, I electronically filed the preceding Non-Party Appearance using the ECF system, which will serve all Counsel of Record.

>MELLON PRIES, P.C.
>
>BY: /s/James T. Mellon (P23876)
>JAMES T. MELLON (P23876)
>Attorney for MMRMA
>2150 Butterfield Dr., Ste. 100
>Troy, MI  48084-3427
>(248) 649-1330
>jmellon@mellonpries.com

DATED:  August 1, 2018