UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARK SELLEY, | Case No. 1:17-cv-12834-TLL-PTM |
| Plaintiff, | Honorable Thomas L. Ludington |
| v | Mag. Judge Patricia T. Morris |
| MIDLAND COUNTY, LORREN HURREN, AND OTHER UNKNOWN DEFENDANTS, in their individual and official capacities, | |
| Defendants. | |

_____

| | |
|---|---|
| Christopher J. Trainor (P42449) | Andrew J. Brege (P71474) |
| Amy DeRouin (P70514) | Rosati, Schultz, Joppich |
| Attorneys for Plaintiff |   & Amtsbuechler P.C. |
| Christopher Trainor & Associates | Attorneys for Defendants |
| 9750 Highland Road | Midland Co. and Loren Hurren |
| White Lake, MI 48386 | 822 Centennial Way, Ste. 270 |
| (248) 886-8650 | Lansing, MI 48917 |
| Amy.derouin@cjtrainor.com | (517) 886-3800 |
| | abrege@rsjalaw.com |

_____

**STIPULATION AND ORDER OF DISMISSAL**

## STIPULATION

The parties hereby agree and stipulate that all remaining claims against all parties are dismissed with prejudice and without costs to either party.

Approved for entry:

Dated: February 13, 2019  /s/ Amy DeRouin_____
Amy DeRouin (P70514)
Attorney for Plaintiff

Dated: February 13, 2019  /s/ Andrew J. Brege_____
Andrew J. Brege (P71474)
Attorney for Defendants Midland County and Loren Hurren

## ORDER

This matter having come before the Court on the stipulation of the parties, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that all remaining claims against all parties are dismissed with prejudice and without cost to either party.

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Dated: February 14, 2019